Jared Simmons (Arizona Bar No. 018624)
SIMMONS & GOTTFRIED, PLLC
8160 E. Butherus Drive, Suite 7
Scottsdale, Arizona  85260
Telephone:  (480) 998-1500
jared@sglawaz.com
*Attorneys for Respondent Arizona Rangers*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Grant G. Winthrop, an individual, | **Case No. CV-25-04317-PHX-GMS** |
| Petitioner, | |
| v. | **Corporate Disclosure Statement** |
| Arizona Rangers, an Arizona non-profit corporation, | |
| Respondent. | |

This Corporate Disclosure Statement is filed on behalf of Arizona Rangers, Inc. in compliance with the provisions of Rule 7.1.

Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

The filing party hereby declares as follows: No such corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

//

//

RESPECTFULLY SUBMITTED this 18th day of December 2025.

            **SIMMONS & GOTTFRIED, PLLC**

            */s/ Jared C. Simmons*

            _____
            Jared C. Simmons
            *Attorneys for Respondent Arizona Rangers*

Electronically copied this same day to:

Aaron T. Martin (AZ 028358)
Catie B. Kelley (No. 037066)
Martin Law & Mediation PLLC
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028
(602) 812-2680
aaron@martinlawandmediation.com
catie@martinlawandmediation.com
*Attorneys for Petitioner*
*Grant G. Winthrop*

/s/Cheryl Dunlap