Jared Simmons (Arizona Bar No. 018624)
SIMMONS & GOTTFRIED, PLLC
8160 E. Butherus Drive, Suite 7
Scottsdale, Arizona 85260
Telephone: (480) 998-1500
jared@sglawaz.com
*Attorneys for Respondent Arizona Rangers*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Grant G. Winthrop, an individual,<br><br>             Petitioner,<br><br>v.<br><br>Arizona Rangers, an Arizona non-profit corporation,<br><br>             Respondent. | **Case No. CV-25-04317-PHX-GMS**<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT**<br><br>**(Honorable G. Murray Snow)** |

Pursuant to Local Rule 5.2, Defendant Arizona Rangers, by and through undersigned counsel, hereby gives notice that it has served its initial disclosure statement on Plaintiff on January 23, 2025.

RESPECTFULLY SUBMITTED this 23rd day of January 2026.

SIMMONS & GOTTFRIED, PLLC

*/s/ Jared C. Simmons*

_____

Jared C. Simmons
*Attorneys for Respondent Arizona Rangers*

Electronically copied this same day to:

Aaron T. Martin (AZ 028358)
Catie B. Kelley (No. 037066)
Martin Law & Mediation PLLC
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028
(602) 812-2680

1  aaron@martinlawandmediation.com
   catie@martinlawandmediation.com
2  *Attorneys for Petitioner*
   *Grant G. Winthrop*
3

4  /s/Cheryl Dunlap

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28