IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grant G. Winthrop,<br><br>        Petitioner,<br><br>v.<br><br>Arizona Rangers,<br><br>        Respondent. | No. CV-25-04317-PHX-GMS<br><br>**ORDER** |

On **January 30, 2026**, a Case Management Conference was held pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. The parties met before the conference in accordance with Rule 26(f) and prepared a Case Management Report. On the basis of the Case Management Conference and the Case Management Report,

**IT IS HEREBY ORDERED:**

1. Deadline for Defendant to file Motion to Compel Arbitration: **March 2, 2026.** Defendant is limited to 17 pages.

2. Deadline for Plaintiff to file a Response to Motion to Compel Arbitration and any Cross-Motion re Statue of Limitations and Res Judicata: **March 16, 2026**. Plaintiff is limited to 25 pages.

3. Deadline for Defendant to file a Reply to Plaintiff's Response re Motion to Compel Arbitration and Response to any Cross-Motion: **March 30, 2026**. Defendant is limited to 25 pages.

4. Deadline for Plaintiff to file a Reply to Defendant's Response to any Cross-

1 | Motion: **April 13, 2026**. Plaintiff is limited to 17 pages.
2 | Dated this 30th day of January, 2026.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge