1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8
9  Grant G. Winthrop,                                  No. CV-25-04317-PHX-GMS
10                Petitioner,                            **ORDER**
11  v.
12  Arizona Rangers,
13                Respondent.
14

15
16        Before the Court is Respondent's Objection to Petition to Compel Arbitration and
17  Rule 12(b) Motion to Dismiss Based on Claim Preclusion (*Res* Judicata) and Statute of
18  Limitations (Doc. 20).
19        Respondent's motion to dismiss fails to comply with LRCiv 12.1(c) for failing to
20  include a certification that, before filing the motion, the movant notified the opposing party
21  of the issues asserted in the motion and that the parties were unable to agree that the
22  pleading was curable in any part by a permissible amendment offered by the pleading party.
23  The movant may comply with this rule through personal, telephonic or written notice of
24  the issues that it intends to assert in a motion.

25
26  / / /
27  / / /
28  / / /

1   **IT IS ORDERED** that Respondent shall file the required certification on or before
2   **March 5, 2026**, or that portion of Respondent's February 26, 2026 filing with respect to
3   the Motion to Dismiss will be considered stricken.
4   Dated this 26th day of February, 2026.

G. Murray Snow
Senior United States District Judge