**SIMMONS & GOTTFRIED, PLLC**
Jared C. Simmons (Bar No. 018624)
8160 E. Butherus Drive, Suite 7
Scottsdale, Arizona 85260
Tel (480) 998-1500
jared@sglawaz.com
court@sglawaz.com
*Attorneys for Respondent Arizona Rangers*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grant G. Winthrop,<br><br>        Petitioner,<br><br>vs.<br><br>Arizona Rangers,<br><br>        Respondent. | No. CV-25-04317-PHX-GMS<br><br>**GOOD FAITH CONSULTATION CERTIFICATE RE: MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND A.R.S. § 12-751**<br><br>(Honorable G. Murray Snow) |

Pursuant to Ariz. R. Civ. P. 7.1(h), counsel for Defendant hereby files this Good Faith Consultation Certificate in Support of Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) and A.R.S. § 12-751 (the "Motion"). Undersigned counsel spoke with Plaintiff's counsel via telephone on January 8, 2026, regarding the basis for the Motion but was unable to resolve the dispute.

DATED this 27th day of February 2026.

                                          **SIMMONS & GOTTFRIED, PLLC**

                                          */s/ Jared C. Simmons*
                                          _____
                                          Jared C. Simmons
                                          *Attorneys for Respondent Arizona Rangers*

Electronically Emailed this same day to:

Aaron T. Martin
Catie B. Kelley
Martin Law & Mediation PLLC
11811 N. Tatum, Suite 3031
Phoenix, AZ 85028
aaron@martinlawandmediation.com
catie@martinlawandmediation.com
Attorneys for Plaintiff


By: */s/ Cheryl Dunlap*