IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grant G. Winthrop,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Arizona Rangers,<br><br>　　　　　Respondent. | No. CV-25-04317-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Respondent's Motion to Dismiss Case Pursuant to Rule 12(b)(6). (Doc. 20).

On January 30, 2026, the Court held a case management conference pursuant to Fed. R. Civ. P. 16(b). At the conference, the Court set forth the following briefing schedule for Petitioner's motion to compel arbitration and Respondent's cross-motion to dismiss:

- March 2, 2026: Deadline for Petitioner to file motion to compel arbitration (17 pages).

- March 16, 2026: Deadline for Respondent to file response in opposition to Petitioner's motion to compel arbitration *and* to file cross-motion to dismiss (one filing, not to exceed 25 pages).

- March 30, 2026: Deadline for Petitioner to file reply in support of Petitioner's motion to compel arbitration *and* to file response in opposition to Respondent's cross-motion to dismiss (one filing, not to exceed 25 pages).

- April 13, 2026: Deadline for Respondent to file reply in support of Respondent's cross-motion to dismiss (17 pages).

| | |
|---|---|
| 1 | The Court issued an order setting forth the above briefing schedule but mistakenly |
| 2 | referred to Petitioner as "Defendant" and Respondent as "Plaintiff." (Doc. 19). |
| 3 | Respondent, on February 26, 2026, then filed its Objection to Petition to Compel |
| 4 | Arbitration and Rule 12(b)(6) Motion to Dismiss Based on Claim Preclusion and Statute |
| 5 | of Limitations (Doc. 20). Because Petitioner has not yet filed his motion to compel |
| 6 | arbitration, the Court will strike Respondent's recent pleading to afford Respondent the |
| 7 | opportunity to respond to any arguments raised by Petitioner in his motion to compel. The |
| 8 | Court will also extend the briefing deadlines listed in Doc. 19 to accommodate the parties' |
| 9 | schedules. |

Therefore,

**IT IS ORDERED** that Doc. 20 ("Respondent's Motion to Dismiss Case Pursuant to 12(b)(6)") is **STRICKEN FROM THE RECORD**.

**IT IS FURTHER ORDERED** that the Court modifies the schedule set forth in Doc. 19 to provide as follows:

1. <u>Deadline for Petitioner to file Motion to Compel Arbitration</u>: **March 16, 2026**. Petitioner is limited to 17 pages.

2. <u>Deadline for Respondent to file a Response to Motion to Compel Arbitration and any Cross-Motion to Dismiss</u>: **March 30, 2026**. Respondent is limited to 25 pages.

3. <u>Deadline for Petitioner to file a Reply to Respondent's Response re Motion to Compel Arbitration and Response to Respondent's Cross-Motion to Dismiss</u>: **April 13, 2026**. Petitioner is limited to 25 pages.

4. <u>Deadline for Respondent to file a Reply to Petitioner's Response re Cross-Motion to Dismiss</u>: **April 27, 2026**. Respondent is limited to 17 pages.

**IT IS FURTHER ORDERED** that the Court's Order requiring Respondent to file certification that it notified the opposing party of issues asserted in a motion to dismiss

/ / /

/ / /

(Doc. 21) is **VACATED**. Respondent need not file such certification for any cross-motion to dismiss the case based on *res judicata* and statute of limitations.

Dated this 27th day of February, 2026.

_____
G. Murray Snow
Senior United States District Judge