**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Grant G. Winthrop,

Petitioner,

v.

Arizona Rangers,

Respondent.

No. CV-25-04317-PHX-GMS

**ORDER**

Before the Court is the parties' Stipulated Motion to Vacate and Reset Oral Argument. (Doc. 29).

**IT IS ORDERED** granting the parties' Stipulated Motion to Vacate and Reset Oral Argument. (Doc. 29).

**IT IS FURTHER ORDERED** resetting Oral Argument on Petitioner's Motion to Compel Arbitration (Doc. 24) from August 21, 2026 at 10:30 a.m. to **September 4, 2026 at 2:00 p.m.**

**IT IS FURTHER ORDERED** affirming the Court's August 3, 2026 Order (Doc. 28) except as modified herein.

Dated this 6th day of August, 2026.

G. Murray Snow
Senior United States District Judge