Dominic E. Draye, SBN 033012
drayed@gtlaw.com
Zachary H. Levy, SBN 039323
Zach.levy@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

*Attorneys Petitioner Grant G. Winthrop*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Grant G. Winthrop,<br><br>Petitioner,<br><br>v.<br><br>Arizona Rangers,<br><br>Respondent. | Case No.: 2:25-cv-04317-GMS<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to Hon. G. Murray Snow) |

PLEASE TAKE NOTICE that Dominic E. Draye and Zachary H. Levy of the law firm Greenberg Traurig, LLP hereby enter their appearance as counsel of record for Petitioner Grant G. Winthrop in the above captioned matter. Counsel requests that all pleadings, notices, orders, correspondence, and other papers filed or served in this action be directed to the address, telephone numbers, and email addresses set forth below:

**GREENBERG & TRAURIG, LLP**
Dominic E. Draye
Zachary H. Levy
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
(602) 445-8000
drayed@gtlaw.com
zach.levy@gtlaw.com

RESPECTFULLY SUBMITTED this 9th day of October, 2026.

**GREENBERG TRAURIG, LLP**

By: /s/ Dominic E. Draye
Dominic E. Draye
Zachary H. Levy
*Attorneys for Petitioner Grant G. Winthrop*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

By: /s/ Diane Linn
Employee of Greenberg Traurig, LLP

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000