**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Grant G. Winthrop,<br>Petitioner,<br>v.<br>Arizona Rangers,<br>Respondent. | No. CV-25-04317-PHX-GMS<br>**ORDER** |

Before the Court is the parties' Stipulated Motion for Extensions of Time for Petitioner to Respond to Motion for Attorneys' Fees and File Notice of Appeal. (Doc. 36).

**IT IS ORDERED** granting the parties' Stipulated Motion for Extensions of Time for Petitioner to Respond to Motion for Attorneys' Fees and File Notice of Appeal. (Doc. 36).

**IT IS FURTHER ORDERED** the deadline for Petitioner to file a Notice of appeal of the Court's September 14, 2026 Order (Doc. 32) shall be extended from October 14, 2026 to **November 13, 2026**. The deadline for Petitioner to file an opposition to Respondent's Motion for Award of Attorneys' Fees (Doc. 34) shall be extended from October 13, 2026 to **November 12, 2026**.

Dated this 9th day of October, 2026.

G. Murray Snow
Senior United States District Judge