**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Grant G. Winthrop,<br>Petitioner,<br>v.<br>Arizona Rangers,<br>Respondent. | No. CV-25-04317-PHX-GMS<br>**ORDER** |

Before the Court is Aaron T. Martin and Catie B. Kelley of Martin Law & Mediation PLLC's Application to Withdraw as counsel with Client Consent. (Doc. 38).

**IT IS ORDERED** granting Aaron T. Martin and Catie B. Kelley of Martin Law & Mediation PLLC's Application to Withdraw as counsel with Client Consent. (Doc. 38).

**IT IS FURTHER ORDERED** that Aaron T. Martin, Catie B. Kelley, and Martin Law & Mediation PLLC are withdrawn as counsel of record for Petitioner Grant G. Winthrop.

Dated this 16th day of October, 2026.

G. Murray Snow
Senior United States District Judge